FILED

11/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0491

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0491

_____

CITY OF HELENA,

      Plaintiff and Appellee,

  v.                                  O R D E R

FRANK HALLBERG,

      Defendant and Appellant.

_____

The record was filed for purposes of this appeal on October 11, 2023. Nothing further has been filed, and the opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than December 28, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 27 2023